

PRAECIPE FOR WARRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                         CRIMINAL NO. 3:19cr14 DCB-LRA

KRISTY DIER
(Wherever Found)


The Clerk of said Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 25th day of January, 2019.

This the 25th day January, 2019.


                                           D. MICHAEL HURST, JR.
                                           United States Attorney

                                    By:    _____
                                           Christopher L. Wansley
                                           Assistant U.S. Attorney
                                           MS Bar No. 101097

Warrant issued: _____

CLW/DEA