AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi


RECU USMS D43 30JAN'19

| | | |
|---|---|---|
| United States of America<br>v.<br>**KRISTY DIER**<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 3:19-cr-14-DCB-LRA-001 |

FILED MAR 29 2019 ARTHUR JOHNSTON BY _____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **KRISTY DIER**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Controlled Substance Methamphetamine.
Possess With Intent to Distribute a Controlled Substance Methamphetamine.

Date: 01/28/2019

ARTHUR JOHNSTON, CLERK

*Issuing officer's signature*

City and state: Jackson, Mississippi

K. Schutz, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 01-28-19, and the person was arrested on *(date)* 03-28-19
at *(city and state)* Jackson, MS.

Date: 03-28-19

*Arresting officer's signature*

Robert D. Mulaffey DO
*Printed name and title*